UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. TAYLOR, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01120-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(Docs. 12, 13)<br><br>60-DAY DEADLINE |

　　On June 15, 2021, the Court issued a screening order finding that Plaintiff's first amended complaint fails to state a claim on which relief can be granted. (Doc. 11.) The Court directed Plaintiff to file a second amended complaint curing the deficiencies in her pleading or a notice of voluntary dismissal within 21 days. (*Id.* at 7.) Plaintiff failed to comply with the screening order within the time provided. Therefore, on July 19, 2021, the Court issued an order to show cause why this action should not be dismissed. (Doc. 12.) On that same date, Plaintiff filed a motion for a 60-day extension of time to file an amended complaint. (Doc. 13.)

　　Good cause appearing, the Court DISCHARGES its order to show cause and GRANTS Plaintiff's motion for an extension of time. **Within 60 days** of the date of service of this order, Plaintiff shall file a second amended complaint curing the deficiencies identified in the Court's screening order (Doc. 11) or, in the alternative, a notice of voluntary dismissal. **Failure to comply with this order will result in a recommendation that this action be dismissed for**

1 **failure to state a claim and to obey court orders.**

IT IS SO ORDERED.

Dated:   **July 29, 2021**              **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

2