UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. TAYLOR, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01120-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 21) |

  Plaintiff Ryan Bigoski Odom ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 23, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendants California Department of Corrections and Rehabilitation (CDCR) and Unknown CDCR Contractor for Prosthetics be dismissed from this action, that the action proceed on Plaintiff's claims alleging a violation of her Eighth Amendment rights against Defendants Taylor, Khoo, Antenello, Eznewugo, Mitchell and Singh for deliberate indifference to serious medical needs, and that all other claims and defendants should be dismissed from the action. (ECF No. 21.) The Magistrate Judge provided Plaintiff 14 days within which to file any objections to the findings and recommendations. (*Id.* at 7.) To date, no objections have been filed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 23, 2023, (ECF No. 21), are ADOPTED in full;
2. That Defendants CDCR and Unknown CDCR Contractor for Prosthetics be DISMISSED;
3. The claims in Plaintiff's complaint are DISMISSED, *except* for the claim of deliberate indifference to serious medical needs against Defendants Taylor, Khoo, Antenello, Eznewugo, Mitchell and Singh; and
4. The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE