# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. TAYLOR, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01120-ADA-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>(Doc. 27) |

Plaintiff Ryan Bigoski Odom is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

Defendants filed an Ex Parte Application for an Extension of Time to Respond to Second Amended Complaint (Doc. 27) on June 16, 2023. Specifically, Defendants seek a 28-day extension of time, allowing them to obtain and review Plaintiff's medical records and radiology imaging files, to properly evaluate and respond to Plaintiff's second amended complaint. (*Id.*) Defendants assert the complexity of the case, the damages at issue, the necessity of an evaluation of the medical records and a lack of prejudice to Plaintiff as good cause in support of the request. (*Id.*)

Accordingly, good cause appearing, Defendants' application is **GRANTED**. The deadline for Defendants J. Taylor, D.O., R. Mitchell, Jr., M.D., T. Ezenwugo, V. Attinello, A. Khoo, M.D., and I. Singh, M.D. to file a response to Plaintiff's second amended complaint is **HEREBY**

**EXTENDED** from June 23, 2023 **to July 21, 2023**.

IT IS SO ORDERED.

Dated:   **June 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE