UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>            Plaintiff,<br><br>    v.<br><br>J. TAYLOR, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01120-KES-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF 60-DAY EXTENSION OF TIME WITHIN WHICH TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 52) |

Plaintiff Ryan Bigoski Odom is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Taylor, Khoo, Attinello, Ezenwugo, Mitchell and Singh.

**I.    PROCEDURAL BACKGROUND**

On August 28, 2024, Defendants filed a motion for summary judgment concerning the merits of Plaintiff's claims. (Doc. 42.) The motion included a *Rand*[1] warning (Doc. 42-3), addressing the requirements concerning an opposition to a motion for summary judgment.

On October 3, 2024, the Court issued its Order to Show Cause (OSC) Why Sanctions Should Not Be Imposed for Plaintiff's Failure to File an Opposition or Statement of Non-Opposition to the summary judgment motion. (Doc. 43.) Plaintiff was directed to show cause in

---

[1] *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998).

1  writing within 14 days why sanctions should not be imposed for her failure to respond to
2  Defendants' summary judgment motion, or, alternatively, to file an opposition or statement of
3  non-opposition to Defendants' motion for summary judgment. (*Id.* at 2-3.)
4        On October 11, 2024, Plaintiff filed a document titled "Decleration," originally docketed
5  as an opposition to the motion for summary judgment. (Doc. 44.) On October 24, 2024,
6  Defendants filed the Declaration of Eric Miersma in Response to Plaintiff's Declaration re
7  Defendants' Motion for Summary Judgment. (Doc. 45.)
8        On October 28, 2024, the Court issued its Order Discharging Order to Show Cause; Order
9  Denying Request to Reopen Discovery; and Order Granting Extension of Time Within Which to
10 File Opposition to Motion for Summary Judgment. (Doc. 46.) Plaintiff was directed to "file any
11 opposition to Defendants' motion for summary judgment **within 30 days** of the date of service of
12 this order." (*Id*. at 6, emphasis in original.)
13       When more than 30 days passed without an opposition being filed, on December 4, 2024,
14 the undersigned issued Findings and Recommendations to Grant Defendants' Motion for
15 Summary Judgment. (Doc. 47.) Objections were to be filed within 14 days of the date of the
16 findings. (*Id*. at 22.)
17       On December 5, 2024, Plaintiff filed a "Motion for 60 (Sixty) Day Extension of Time to
18 Respond to Defendants Motion for Summary Judgment." (Doc. 48.)
19       On December 16, 2024, the Court issued its Order Regarding Plaintiff's Motion for 60-
20 Day Extension of Time Within Which to Oppose Defendants' Motion for Summary Judgment.
21 (Doc. 49.) Plaintiff was directed to file any opposition "**no later than February 14, 2025**." (*Id*. at
22 3, emphasis in original.)
23       On February 19, 2025, Plaintiff filed a motion seeking an additional 30 days within which
24 to oppose Defendants' summary judgment motion. (Doc. 50.)
25       On February 19, 2025, the Court granted Plaintiff a 30-day extension of time, noting
26 "Plaintiff's various explanations in support of her numerous requested extensions do not establish
27 a basis for concluding that 176 days has been insufficient time to properly respond" to
28 Defendants' motion, and stating: "No further requests by Plaintiff for an extension of time to

1  respond to Defendants' motion for summary judgment will be entertained absent extraordinary
2  circumstances." (Doc. 51.)

3  On March 21, 2025,[2] Plaintiff filed another motion for an extension of time. (Doc. 52.)

4  **II.    DISCUSSION**

5  Plaintiff seeks a 60-day extension of time, stating that "her youngest Baby boy just died in
6  a car accident along with his best friend since grade school." Plaintiff asserts she spoke to her
7  youngest child daily. Plaintiff states she is "having an extremely difficult time," having also lost
8  her brother 9 months ago and her mother 17 months ago. Further, she states she will do her
9  "absolute best" to complete and file her response to Defendants' motion before the 60-day period
10 should the Court grant her motion.

11 Although Defendants' summary judgment motion was filed nearly seven months ago, the
12 Court finds good cause to grant the requested extension as Plaintiff has demonstrated
13 extraordinary circumstances. However, the undersigned notes that Plaintiff already has been
14 granted sufficient time to prepare any opposition to Defendants' motion; the extension granted
15 herein accounts for the possibility that, although Plaintiff should be close to finalizing any
16 opposition, a final extension of time is warranted under the circumstances described in Plaintiff's
17 motion to complete and file the filing.  Accordingly, Plaintiff will be granted *a final 60-day*
18 *extension of time* within which to oppose Defendants' pending motion. If Plaintiff has not
19 submitted an opposition by the deadline below, the undersigned will submit the Findings and
20 Recommendations issued December 4, 2024, recommending Defendants' summary judgment
21 motion be granted, will be deemed submitted for determination by the assigned District Judge.

22 **III.   CONCLUSION AND ORDER**

23 Accordingly, for the reasons given above, the Court **ORDERS** as follows:

24 1. Plaintiff's motion for a 60-day extension of time (Doc. 52) is **GRANTED**;

25 2. Plaintiff **SHALL** file any opposition to Defendants' motion for summary judgment **no**
26    **later than May 16, 2025**; and

27 3. No further requests by Plaintiff for an extension of time to respond to Defendants'

28
---
[2] The motion is dated March 17, 2025.

motion for summary judgment will be entertained absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: **March 24, 2025**

UNITED STATES MAGISTRATE JUDGE