UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOKSI ODOM,<br><br>        Plaintiff,<br><br>    v.<br><br>J. TAYLOR, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01120-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 42, 47, 57 |

      Plaintiff Ryan Bigoksi Odom is a state prisoner proceeding pro se and in forma pauperis on her complaint filed pursuant to 42 U.S.C. § 1983. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 28, 2024, defendants J. Taylor, R. Mitchell, Jr., T. Ezenwugo, V. Attinello, A. Khoo, and I. Singh moved for summary judgment as to plaintiff's Eighth Amendment claim alleging defendants' deliberate indifference to her serious medical needs. Doc. 42. Despite receiving repeated extensions of time, plaintiff did not file an opposition to defendants' motion for summary judgment. *See* Docs. 46, 49, 51, 53, 55.

      On December 4, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion be granted. Doc. 47. Specifically, the magistrate judge found that there was no genuine dispute of material fact as to the appropriateness of the medical care afforded to plaintiff for treatment of her left hip, the pain medication

prescribed, or the denial of an eggcrate mattress. *Id.* at 20. The magistrate judge cited defendants' uncontested declaration by Dr. B. Feinberg, Chief Medical Consultant for the California Correctional Health Care Services (CCHCS) Office of Legal Affairs, who confirmed the reasonableness of defendants' medical decisions in treating plaintiff based on his familiarity with the relevant standard of care for such medical professionals. *Id.* at 19–20. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 22. No objections have been filed, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has reviewed this case de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 4, 2024, Doc. 47, and deemed submitted on June 20, 2025, Doc. 57, are adopted in full;
2. Defendants' motion for summary judgment, Doc. 42, is granted; and
3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment in favor of defendants.

IT IS SO ORDERED.

Dated:   July 17, 2025

UNITED STATES DISTRICT JUDGE

2